In the Matter of the Claim of GRETCHEN E. SCHNEIDER, Respondent, against ARCHIE BAXTER'S FLYING SERVICE, INC., et al., Appellants, and AGGREGATE TRUST FUND of the STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of Thomas Feely, Respondent, against Eagle Plastics Corporation et al., Respondents, and (American) Lumbermens Mutual Casualty Company of Illinois, Appellant. State Industrial Board, Respondent.— All concur.

In the Matter of the Claim of Catherine McDonough, Respondent, against Flushing Hospital and Dispensary et al., Appellants, and State Insurance Fund, Respondent. State Industrial Board, Respondent.— All concur.

In the Matter of the Claim of Victoria Bukofsky, Respondent, against Flushing Hospital & Dispensary et al., Appellants, and State Insurance Fund, Respondent. State Industrial Board, Respondent.— All concur.

In the Matter of the Claim of Serene Aldor, Respondent, against Atlas Commissary Co.; Inc., Respondent, and Central Surety & Insurance Company, Appellant. State Industrial Board, Respondent.— All concur.

In the Matter of the Claim of Joseph Okun, Respondent, against Southern Bedding Accessories, Inc., et al., Appellants. State Industrial Board, Respondent.— All concur.

In the Matter of the Claim of Ralph C. Wolff, Respondent, against Miller Corsets, Inc., et al., Appellants. State Industrial Board, Respondent.— All concur.

In the Matter of the Claim of Harold J. McCarthy, Respondent, against Colonial Life Insurance Company et al., Appellants. State Industrial Board, Respondent.— All concur.

In the Matter of the Claim of Bertha Boettcher, Respondent, against University of Rochester, Appellant. State Industrial Board, Respondent.— All concur.